AO 91 (Rev. 11/11)  Criminal Complaint

FILED
LOGGED ENTERED
RECEIVED

# UNITED STATES DISTRICT COURT

NOV 1 9 2015

for the

District of Maryland

CLERK AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY

DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RUBEN UY LIM | ) | Case No.  **15 - 2 5 3 9 BPG** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 12, 2015_____ in the county of _____Baltimore_____ in the

_____ District of _____Maryland_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2252(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. Section 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See affidavit attached and incorporated by reference herein.

☑ Continued on the attached sheet.

_Complainant's signature_

Christine Carlson, Special Agent, HSI

_Printed name and title_

Sworn to before me and signed in my presence.

Date: _11 - 19 - 15_

_Judge's signature_

City and state:        Baltimore, Maryland

Beth P. Gesner, U.S. Magistrate Judge

_Printed name and title_



ℛ

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT    NOV 1 9 2015

I, Christine D. Carlson, being duly sworn, depose and state:

### INTRODUCTION

1.     I am a Special Agent with the Department of Homeland Security, Immigration

and Customs Enforcement (ICE), Homeland Security Investigations (HSI) assigned to the

Special Agent in Charge in Baltimore, Maryland. I have been so employed since June 1996. As

part of my daily duties as an HSI Special Agent, I investigate criminal violations relating to child

exploitation and child pornography including violations pertaining to the illegal production,

distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251,

2252 and 2252A. I have received training in the area of child pornography and child

exploitation, and have had the opportunity to observe and review numerous examples of child

pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I

have also participated in the execution of search warrants, which involved child exploitation

and/or child pornography offenses. I have received formal training from U.S. Customs, ICE,

HSI and other agencies in the area of child pornography, pedophile behavior, collectors of other

obscene material and Internet crime. As a federal agent, your Affiant is authorized to investigate

violations of laws of the United States and is a law enforcement officer with the authority to

execute warrants issued under the authority of the United States.

2.     I am submitting this affidavit in support of a criminal complaint and arrest

warrant for Ruben Uy LIM, born in 1963, for violation of Title 18, United States Code, Section

2252A(a)(2) (Receipt of Child Pornography) and Title 18, United States Code, Section

2252A(a)(5)(B) (Possession of Child Pornography). The statements in this affidavit are based in

part on information, documents, and reports prepared by detectives of the Baltimore County

1

Police Department, and on my experience and background as a Special Agent of HSI. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

## INVESTIGATION OF RUBEN UY LIM

3.     On October 14, 2015, Detective Rees was conducting online investigations on the BitTorrent network for offenders sharing child pornography. Detective Rees directed his investigative focus to a device at Internet Protocol (IP) address 108.15.12.245 because it was associated with a torrent file which was identified as being a file of investigative interest to child pornography investigations. Detective Rees established a direct connection with IP address 108.15.12.245 and between Wednesday, October 14, 2015 at 0032hrs and Thursday, October 15, 2015 at 0943hrs, Detective Rees completed a partial download of the following file that the device at IP address 108.15.12.245 was making available. I reviewed this file downloaded by Detective Rees and is described as follows:

**Pthc Showstars Oxi & Jenny (11Yo & 10Yo Topless).avi** – This is a video approximately one minute and 21 seconds long and depicts two prepubescent females sitting with their legs spread on a multicolored blanket, topless, rubbing oil on themselves and each other. One prepubescent female is wearing a pink thong bikini bottom and the other prepubescent female is wearing a yellow thong bikini bottom.

4.     On October 15, 2015, Detectives determined that IP address 108.15.12.245 was registered to Verizon and issued a subpoena for subscriber information from October 14, 2015 at 0032hrs through October 15, 2015 at 0943hrs, covering the date and time of the download. Verizon responded that the subscriber of IP 108.15.12.245 beginning January 20, 2015 through October 14, 2015 at 06:21:34 GMT was Ruben LIM, 8026 Hillendale Road, Parkville, Maryland 21234, phone: 410-262-9024, email: rubenlim2000@yahoo.com.

5.      On November 12, 2015, Detective Rees obtained a search and seizure warrant for the residence located at 8026 Hillendale Road, Parkville, Maryland. The warrant was signed by the Honorable Judge Ryan.

6.      On November 17, 2015 at approximately 0500hrs, the Baltimore County Police Department Crimes Against Children Unit executed the warrant at 8026 Hillendale Road, Parkville, Maryland. At the time of execution the following individuals were at the residence: Ruben LIM, his wife Yan Chen, and another adult female, Mary Lim. Detective Rees read the warrant to the residents and advised all the residents of their rights per *Miranda*. All of the residents stated they understood their rights. Detective Rees learned from Ruben LIM that he had the file sharing software Frostwire installed on his HP desktop computer that was located in the upstairs bedroom. Through his training and knowledge knew that Frostwire operates on the BitTorrent network, sometimes under the client name Azureus, the software in question in the investigation.

7.      Detective Raut conducted a forensic triage of the HP computer used by Ruben LIM. Detective Raut found the file sharing program Azureus installed on the computer within a Frostwire folder. Detective Raut also located the following search terms on the HP desktop computer: Pthc-hidden camera Japanese girls, Real private daughter (cd found on landfill) stolen pedo Lolita, PTHC 2009 Beautiful 11yo girl masturbating.mpg, Spy little girls, Pthc 2009 beautiful 11yo, Lolitashouse reallola, PTHC – NEW MASHA-day 12yo, Lolitashouse, Pthc, and Real private daughter. During the triage of a Western Digital hard drive that was located in the upstairs office, Detective Raut located videos depicting prepubescent females engaged in sexual acts with adults we as well as videos of prepubescent females masturbating themselves. I reviewed the videos located by Detective Raut during the triage of the Western Digital hard drive

3

and determined five of the eight videos are child pornography as defined in Title 18, United

States Code, Section 2256(a) and two are described as follows:

**T-87701504-pthc Pedoland Frifam 2010 Tara Masturbating-8 Or 9Yo Girl – Real
Orgasm!.mpg** – a video file that is five minutes and 57 second long and depicts a naked
prepubescent female sitting in a green chair and wearing a purple and green Mardi Gras mask.
The prepubescent female's legs are spread and she is masturbating using a pink dildo.  The
prepubescent female also uses the index finger on her right hand to digitally penetrate her vagina.
The camera zooms in on the prepubescent female's genitalia.

**T711968772-Russian Lolita 13 Jos – SaMix \*(PTHC)(R@y gold).mpg** – this video is 44
minutes and 49 second long and is a compilation of videos depicting minors females engaged in
sexually explicit conduct with adults to include oral sex, masturbation, anal sex and vaginal sex.

8.     Additionally, during the search of the upstairs bedroom where the HP desktop

computer was located, Sgt. Smith located a storage area accessible by crawling through a door to

the left of the computer desk.  In the storage area, Sgt. Smith located a Case Logic camera bag

that contained two (2) Sony Handycam HD video cameras in it.  Sgt. Smith also located eight (8)

writeable optical discs in the storage area.  A review of the discs by Detective Childs revealed

footage of young girls wearing bathing suits at swim meets.  Detective Childs noticed during the

footage that she could see through the bathing suits and see the young girl's breasts and vaginas.

9.     LIM was interviewed in private and the interview was audibly recorded.  LIM

was advised of his *Miranda* rights for the second time and LIM again stated he understood and

agreed to be interviewed.  LIM stated as follows: he admitted to using the file sharing program

Frostwire.  He acknowledged that the software operates by users of the software sharing files

with each other.  He admitted to using search terms such as PTHC and pre-teen to find,

download, and view child pornography.  He admitted to masturbating to child pornography and

that the Western Digital hard drive found in the upstairs office belonged to him.  He further

stated that he downloaded the child pornography videos from the internet.  Finally, he advised

that any child pornography found belonged to him.  Detective Rees showed LIM the name of the

4

file that Detective Rees had downloaded from LIM as well as the description of the file. LIM remembered the video and stated he had viewed it. When asked about the video camera footage found of young girls in swimsuits where their naked bodies can been seen under the swimsuit, LIM advised that he uses an "x-ray" on his video camera to see through their clothes. He admitted to going to swim meets to videotape young girls. He advised he has been to Towson University and the University of Maryland-College Park to watch and video record swim meets. He acknowledged he knows the swimmers are younger than college age swimmers at the meets held at these facilities. He admitted to being at a swim meet at Towson as recently as 2-3 months ago. He admitted he is sexually aroused by filming the girls and being able to see under their clothes. He further admitted he can see the breasts, nipples, pubic hair and vaginal areas of the girls. He stated he saves the videos to DVDs and to his computer. He does not have any children of his own and does not take his wife with him to the meets. After the interview, LIM was placed under arrest and transported to the local precinct for processing.

10.    LIM's wife, Yan Chen was also interviewed after being advised of her Miranda rights for a second time. She stated she understood her rights and agreed to be interviewed. Chen did not know what file sharing software was and denied any involvement with child pornography. Chen stated she does not really use her husband's HP desktop computer and she also denied using her husband's video cameras. Chen did not know her husband was going to youth swim meets.

11.    After returning to the office, Detective Rees utilized Encase software and write block hardware to forensically triage a Lexar 4GB Memory Stick Pro memory card that was located in one of the Sony Handycam video cameras. During the triage, Detective Rees located over 300 videos of young girls where you can clearly see their breasts, nipples, navels, pubic hair

15 - 2 5 3 9 JPG

and vaginal areas through their bathing suits. Throughout the videos, LIM clearly directs his focus on young girls. LIM never zooms in or directs his focus on young boys or older people. Throughout the videos, LIM zooms in and directs his focus on the breasts and genitals of young girls. I have reviewed some of these videos depicting young girls in bathing suits and you can clearly see their breasts, nipples, navels, pubic hair, and vaginal areas.

## CONCLUSION

12.     Based upon all of the information set forth in this application, I respectfully submit that there is probably cause to believe that Ruben Uy LIM violated Title 18, United States Code, Section 2252(a)(2) (Receipt of Child Pornography) and section 2252A(a)(5)(B) (Possession of Child Pornography).

Christine D. Carlson
Special Agent
Homeland Security Investigations

Sworn and subscribed before me
this ___ /9 day of November, 2015.

Beth P. Gesner
United States Magistrate Judge

6